CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

***AMENDED COMPLAINT***

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTICT OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

Intell J. Allen                                              1865110
_____                          _____
Plaintiff full name                                       Inmate No.

v.                          CIVIL ACTION NO. 7:20-cv-00206

WARDEN Young, C/O Fowler, C/O Deel, John Doe, Medical Administrator of
Defendant(s) full name(s)
PSCC. (Pocohontas State Correctional Center) VADOC

**************************************************************************

A. Current facility and address: Keen Mountain Correctional Center
P.O. Box 860 Oakwood, VA, 24631

B. Where did this action take place? Pocohontas State Correctional Center

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        ✓ No

If your answer to A is Yes, answer the following:

  1. Court: _____

  2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes        _____ No

1. If your answer is Yes, indicate the result:
   IT WAS PUT UNDER INVESTIGATION

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 10/13/19 I had C/O Fowler walk up to me (on camera) shove me several times, tackle me, and put me in a chokehold until I passed out & deficated on myself. Another officer (John Doe) handcuffed me while I was in the chokehold.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Both officers then escorted me off camera into an area with no cameras & continued to assault me. I put in request to see medical about neck pain & was never seen. The warden failed to keep me safe/O'Deel opened all the doors for officers to take me off camera & continue assault. VADOC is responsible for its employees.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

~~[scribbled]~~ $500,000

G. If this case goes to trial do you request a trial by jury?  Yes ✓  No ___

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 5/14/20     SIGNATURE: Intell J. Allen

VERIFICATION:
I, __Intell J. Allen__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 5/14/20     SIGNATURE: Intell J. Allen

Allen #1865116
KMCC
P.O. Box 860
Oakwood, VA, 24631

MAILED FROM KMCC
MAY 18 2020

CHARLESTON WV 250
15 MAY 2020 PM 3 L

United States District Court.
Office Of The Clerk
210 Franklin Rd., RM S40
Roanoke, VA, 24011

